UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br><br>Robert Lee Wagner<br>Pamela Sue Wagner<br><br>DEBTORS | )<br>)<br>)<br>)   CASE NUMBER: 13-13208-FJO-13<br>)<br>) |

## TRUSTEE'S MOTION TO DISMISS
## WITH NOTICE OF OBJECTION DEADLINE

Comes now Robert A. Brothers, trustee herein, and moves the Court to enter an order dismissing the above-referenced Chapter 13 proceeding for the reason that the Debtors have failed to timely maintain plan payments to the Trustee.

**Parties are hereby notified** that any objection to this motion must be filed with the Court within twenty-one (21) days from the date of service. Objections must be filed either electronically (for those who are authorized ECF filers) or by delivery to the Clerk's Office, by mail or in person to Birch Bayh Federal Building, United States Courthouse, 46 E. Ohio Street, Room 116, Indianapolis, IN, 46204. The objection must be served on the Trustee, the Debtors, and any Attorney for the Debtors. If no objection is timely filed, an order may be entered by the Court for the relief requested.

WHEREFORE, after notice and opportunity for hearing, your trustee requests that the Court enter an order dismissing the instant Chapter 13 proceeding or for any and all other appropriate relief.

Respectfully submitted,

Date: June 10, 2014

/s/ Robert A. Brothers, Trustee
Robert A. Brothers, Trustee

151 N DELAWARE STREET
SUITE 1400
INDIANAPOLIS, IN  46204

## **CERTIFICATE OF SERVICE**

      I hereby certify that on 06/10/2014, a copy of the foregoing Trustees Motion to Dismiss was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  The parties may access this filing through the Court's system.

| US Trustee | JONATHAN SHARP WRIGHT |
|---|---|
| ustpregion10.in.ecf@usdoj.gov | jon@thewrightlawgroupllc.com |

      I further certify that on 06/10/2014, a copy of the foregoing Trustees Motion to Dismiss was mailed by US First-Class mail, postage prepaid and properly addressed to the following:

Robert Lee Wagner
Pamela Sue Wagner
4361 Weather Stone Crossing
Zionsville, IN   46077


/s/ Robert A. Brothers, Trustee
_____

Robert A. Brothers, Trustee

151 N DELAWARE STREET
SUITE 1400
INDIANAPOLIS, IN  46204